UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

GLADYS BECQUER, et al.,
        Plaintiffs,

v.

LUIS FALCON,
        Defendant.

Civ. Action No. 05-4660 (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

For the reasons expressed in the opinion filed herewith,

**IT IS** on this 31st day of July 2008,

**ORDERED** that plaintiffs' motion for summary judgment, D.E. 36, is **granted**; and it is further

**ORDERED** that judgment is entered against defendant Luis M. Falcon in the amount of $415,000.00 for plaintiff Gladys Becquer and $415,000.00 for plaintiff Ernestina Moracen, with prejudgment interest thereon pursuant to New Jersey Rule of Civil Procedure 4:42-11; and it is further

**ORDERED** that the defendant Luis Falcon shall appear before the United States District Court for the District of New Jersey, at the United States Courthouse, 50 Walnut Street, Newark, New Jersey, in Courtroom # 5, on the 4th day of September, 2008, at 12:00p.m. to show cause why the Court should not award the plaintiffs' punitive damages pursuant to N.J.S.A. § 2A:15-5.12; and it is further

**ORDERED** that the attendance of all parties and their counsel at the hearing on the date herein is mandatory.

1

<u>/s/Katharine S. Hayden</u>

Katharine S. Hayden, U.S.D.J.